Prob 35
(1/92)

**ORIGINAL**

Report and Order Terminating Probation /
Supervised Release
Prior to Original Expiration Date

## United States District Court
### FOR THE
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 2 1 2005

at 11 o'clock and 10 min. a.m. MT
SUE BEITIA, CLERK

UNITED STATES OF AMERICA

v.                                         Criminal No. CR 00-00186WJR-08

SHARON L. RABBETT, aka "Sherry" and "Pimienta"

On 6/30/03, the above named was placed on probation for a period of 5 years. She has complied with the rules and regulations of probation and is no longer in need of probation supervision. It is accordingly recommended that she be discharged from probation at this time, having served 30 months of supervision.

Respectfully submitted,

LISA K.T. JICHA
U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from probation and that the proceedings in the case be terminated.

Dated this 16th day of December, 2005.

DAVID ALAN EZRA
U.S. District Judge